# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| BALLARD MARINE CONSTRUCTION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 4:17CV-0118 |
| CDM CONSTRUCTORS, INC., incorporated in the Commonwealth of Massachusetts, | ) ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT, CDM CONSTRUCTORS INC.'S PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

COME NOW, Defendant, CDM Constructors Inc. (hereinafter "CDM"), pursuant to Federal Rule of Civil Procedure 12(b)(6), and without waiver of any defenses, hereby moves this Court to dismiss Plaintiff, Ballard Marine Construction, Inc.'s (hereinafter "BMC") Second Cause of Action, Third Cause of Action, and Fifth Cause of Action of Plaintiff's Complaint, with prejudice, on the grounds that BMC has failed to state a claim against CDM on which relief can be granted. In support hereof, CDM has simultaneously filed a Memorandum of Law in support of its Partial Motion to Dismiss Plaintiff's Amended Complaint.

DATED: August 30, 2017.

                WEINBERG, WHEELER,
                HUDGINS, GUNN & DIAL, LLC


                /s/ *Ross D. Ginsberg*.
                Ross D. Ginsberg
                Georgia Bar No.: 705121

                *Attorneys for Defendant CDM Constructors, Inc.*

3344 Peachtree Road, NE,
Suite 2400
Atlanta, GA  30326
404-876-2700
404-875-9433 Fax

# **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing upon opposing counsel via CM/ECF addressed as follows:

Stacy Farrell
THE FARRELL LAW FIRM
320 Cherokee Street, Suite A
Marietta, GA 30060

Todd W. Blischke
WILLIAMS, KASTNER & GIBBS, PLLC
601 Union Street
Suite 4100
Seattle, WA 98101

This 30th day of August, 2017.

    WEINBERG, WHEELER,
    HUDGINS, GUNN & DIAL, LLC


    /s/ *Ross D. Ginsberg*.
    Ross D. Ginsberg
    Georgia Bar No.: 705121

    *Attorney for Defendant, CDM Constructors, Inc.*