FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 DEC 20 PM 1:48

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BALLARD MARINE )
CONSTRUCTION, INC., )
 )
 Plaintiff, )
 )
vs. ) Civil Action No. 4:17CV-0118
 )
CDM CONSTRUCTORS, INC., )
incorporated in the Commonwealth )
of Massachusetts, )
 )
 Defendant. )

## ORDER STAYING PROCEEDINGS

Having considered the Parties' Consent Motion to Stay Proceedings, and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all proceedings in this matter will be stayed until **March 31, 2019**. The Plaintiff will be given until **June 28, 2019**, for its expert disclosures required by Fed. R. Civ. P. 26(a)(2), Defendant be given until **September 27, 2019**, for its expert disclosures required by Fed. R. Civ. P. 26(a)(2), and any expert rebuttal evidence authorized by Fed. R. Civ. P. 26(a)(2)(d)(ii), that Plaintiff be given until **November 27, 2019**, to disclose expert rebuttal evidence authorized by Fed. R.

8

Civ. P. 26(a)(2)(d)(ii), and that the discovery deadline be extended until **December 27, 2019**.

IT IS SO ORDERED this 20th day of December, 2018.

---
HONORABLE JAMES E. GRAHAM
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION