IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BALLARD MARINE CONSTRUCTION, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CDM CONSTRUCTORS, INC., incorporated ) <br> in the Commonwealth of Massachusetts ) <br> ) <br> Defendant. ) | CIVIL ACTION NO: <br> 4:17-cv-00118-RSB-CLR |

## ORDER

WHEREFORE, having read and considered the parties' Consent Motion to Stay Proceedings, it is hereby ORDERED, ADJUDGED and DECREED that all deadlines in this matter that were previously entered in the Court's Order of December 13, 2018 (Dkt. 42), are stayed for a period of one hundred twenty days.

SO ORDERED, this 23rd day of April, 2019.

_____
MAGISTRATE JUDGE, UNITED STATES
DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF GEORGIA