UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BALLARD MARINE
CONSTRUCTORS, INC.,

    Plaintiff,

v.

CDM CONSTRUCTORS, INC.,

    Defendant.

Civil Action No.: 417cv118

## AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, the Court issues the following scheduling order in this matter. The parties have jointly moved to stay this case until January 6, 2020, and for an extension of all deadlines to facilitate their attempts to settle their claims. Doc. 56. That motion is **GRANTED**, and the Court enters this Amended Scheduling Order. Although the Court extends the deadlines, it notes that this case has already been stayed several times, for considerable amounts of time. The deadlines below shall not be further extended except upon a specific showing of good cause and order of the Court. Fed. R. Civ. P. 16(b)(4). It is the Court's expectation that the parties will not need an extension of these deadlines. The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines. Bare boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause.

1

Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if the other parties join in, consent to, or oppose the request for an extension. When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| DEADLINE FOR COMPLETION OF WRITTEN DISCOVERY, INSPECTION, AND EXAMINATIONS UNDER RULE 33 THROUGH 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE | July 13, 2020 |
| PLAINTIFF'S DEADLINE TO SERVE EXPERT WITNESS REPORTS | March 9, 2020 |
| DEFENDANT'S DEADLINE TO SERVE EXPERT WITNESS REPORTS | May 11, 2020 |
| DISCOVERY DEPOSITION OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | June 8, 2020 |
| STATUS REPORT DUE[1] | July 31, 2020 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | August 13, 2020 |

**SO ORDERED**, this 16th day of October, 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] A Post-Discovery Status Report Form for Judge Baker's cases is available on the Court's website www.gas.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.