# United States District Court

## *Southern District of Georgia*

Ballard Marine Construction, Inc.

_____
Plaintiff

Case No. _4:17-cv-00118-RSB-CLR_

**v.**

CDM Constructors, Inc.

_____
Defendant

Appearing on behalf of

_Ballard Marine Construction, Inc._
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _30th_ day of _October_ , _2019_ .

_Christopher L. Ray_
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Matthew D. Baker
_____

Business Address: Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
_____
Firm/Business Name

1765 Greensboro Station Place
_____
Street Address

| Suite 1000 | McLean | VA | 22102 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

703-749-1000
_____
Telephone Number (w/ area code)     Georgia Bar Number

Email Address: mbaker@watttieder.com
_____