# United States District Court

## *Southern District of Georgia*

Ballard Marine Construction, Inc.

_____
Plaintiff

Case No. ___4:17-cv-00118-RSB-CLR___

**v.**

CDM Constructors, Inc.

_____
Defendant

Appearing on behalf of

___Ballard Marine Construction, Inc.___
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __30th__ day of __October__ , __2019__ .

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:

Business Address:

Robert G. Barbour
_____

Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
_____
Firm/Business Name

1765 Greensboro Station Place
_____
Street Address

| Suite 1000 | McLean | VA | 22102 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| 703-749-1000 | |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address:

rbarbour@watttieder.com
_____